ACCEPTED
1-15-00075CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:28:44 PM
CHRISTOPHER PRINE
CLERK

1-15-00075-CV

IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:28:44 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE FIRST DISTRICT

HOUSTON, TEXAS

IN RE COMMITMENT OF J.S.T.

On Appeal from the 122nd Judicial District
Court of Galveston County, TX
Cause No. 14CV1323

UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellee, State of Texas, by and through the Galveston County Health District, files this Motion to Extend Time to File Appellee's Brief, and in support would show as follows:

1) A final Judgment was entered on January 13, 2015.

2) The current deadline to file Appellee's reply brief is April 29, 2015.

3) Appellee moves to extend time to file reply brief to May 7, 2015, an additional 8 days.

4) This is the first request to extend time to file brief.

5) Appellee's counsel has conferred with Appellant's counsel and she is unopposed.

6) Counsel for the State received a call at approximately 2:30 p.m. on April 28, 2015, that my mother-in-law has been taken to the emergency room and my wife is out of state. It is necessary that I attend my mother-in-law at the hospital.

7) For these reasons, Appellee respectfully asks the Court to grant an 8 day day extension to the time to file Appellee's Reply Brief so that it is due on May 7, 2014, and to grant such other relief as to which Appellee may be entitled.

Respectfully submitted,

/s/ *Barry C. Willey*
Barry C. Willey
SBN 00788670

Galveston County Legal Department
722 Moody, 5th Floor
Galveston, Texas 77550
(barry.willey@co.galveston.tx.us)
(409) 770-5562
(409) 770-5560 (Fax)
Counsel for State of Texas, by and through the
Galveston County Health District

## Certificate ofConference

I certify that I have conferred with opposing Counsel and he is unopposed.

/s/ *Barry C. Willey*
Barry C. Willey


## Certificate of Service

I certify that a true and correct copy of this Motion will be forwarded to Appellant's Counsel of Record, Mark Aronowitz, via though electronic e-service or facsimile, on April 28, 2014.

/s/ *Barry C. Willey*
Barry C. Willey